# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form16instructions.pdf*

**9th Cir. Case Number(s)** | 24-165

**Case Name** | Cahill v. Nike, Inc., Case No. 3:18-cv-01477-JR, D. Or.

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

> To avoid frustrating the purpose of the collateral order doctrine and irreparable harm, NIKE requests an emergency order, beginning no later than Jan. 12, 2024, staying the publication and/or production of unredacted/unsealed documents by Plaintiffs to the Media Intervenors (or anyone) during the Court's review of NIKE's emergency motion and pendency of the appeal.

Relief is needed no later than *(date)*: Jan 12, 2024

The following will happen if relief is not granted within the requested time:

> Plaintiffs in the action below will file unredacted copies of certain documents on the public docket to disclose the identities of complainants, witnesses, and subjects named in certain unverified complaint files. There would be immediate irreparable harm to non-party individuals whose identities should remain confidential to protect their privacy, to encourage confidential reporting in the workplace, and because these individuals have nothing to do with the claims or defenses in this case. Disclosure would defeat the appeal rights of NIKE and its employees, thereby frustrating the purpose of the collateral order doctrine.

I could not have filed this motion earlier because:

> The District Court denied NIKE's Motion to Stay on Friday, January 5, 2024, but granted a temporary stay until January 12, 2024 to pursue relief from the Ninth Circuit. NIKE thereafter provided notice to counsel on January 8, 2024, filed a Notice of Appeal on January 9, 2024, and filed its Emergency Motion once a case number became available.

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 16** *1* *Rev. 11/21/2019*

I requested this relief in the district court or other lower court: ◉ Yes ○ No

    If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ◉ Yes ○ No

    If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: January 8, 2024

By *(method)*: Email

Position of other parties: Opposing

    Name and best contact information for each counsel/party notified:

Due to space constraints and the number of counsel for the Media Intervenors (Appellees) and the Plaintiffs below, please refer to the contact information provided in connection with NIKE's Representation Statement.

I declare under penalty of perjury that the foregoing is true.

**Signature** | s/ Daniel Prince | **Date** | Jan 10, 2024

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 16**　　　　　　　　　　2　　　　　　　　　　*Rev. 11/21/2019*