**Docket No. 24-165**

*In the*

# United States Court of Appeals

*for the*

# Ninth Circuit

―――――♦―――――

KELLY CAHILL, et al.,

*Plaintiffs-Appellees,*

v.

NON-PARTY MEDIAL ORGANIZATIONS INSIDER INC.
d/b/a BUSINESS INSIDER, et al.,

*Non-Party Media Orgs.-Appellees,*

NIKE, INC.,

*Defendant-Appellant.*

_____

*Appeal from a Decision of the United States District Court for the District of Oregon,
No. 3:18-cv-01477-JR  ·  Honorable Marco A. Hernández*

# INDEX VOLUME
# (EXCERPTS OF RECORD)

DANIEL PRINCE, CA Bar No. 237112
FELICIA A. DAVIS, CA Bar No. 266523
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Email:  danielprince@paulhastings.com
Email:  feliciadavis@paulhastings.com

*Attorneys for Defendant-Appellant
NIKE, INC.*


COUNSEL PRESS · (213) 680-2300          PRINTED ON RECYCLED PAPER 

# TABLE OF CONTENTS

## VOLUME 1

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| Order Adopting Magistrate's Findings re: Motion to Unseal (re: ECF No. 397). | 01/05/2024 | 403 | 2 |
| Findings and Recommendations re: Unsealing and Unredacting. | 10/11/2023 | 363 | 5 |

## VOLUME 2

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| Order re: Defendants' Motion to Stay (re: ECF No. 397). | 01/05/2024 | 404 | 13 |
| Defendant Nike, Inc.'s Motion for a Stay Pending Appeal re: Objections to Magistrate Judge's Findings and Recommendations dated October 11, 2023 (ECF No. 363). | 12/21/2023 | 397 | 16 |
| Defendant Nike, Inc.'s Renewed Request for Oral Argument on Nike, Inc.'s Objections to the Magistrate Judge's Findings & Recommendation Dated October 11, 2023 (ECF 363) Pursuant to Fed R. Civ. P. 72 and Conditional Request for Emergency Stay. | 12/21/2023 | 396 | 29 |
| Plaintiff's Opposition to Nike's Objections to the Magistrate Judge's Findings and Recommendation. | 11/08/2023 | 384 | 33 |
| Response of Non-Party Media Organizations Insider, Inc. *d/b/a Business Insider*, Advance Local Media LLC *d/b/a Oregonian Media Group*, and American City Business | 11/08/2023 | 383 | 43 |

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| Journals, Inc. *d/b/a/ Portland Business Journal* to Defendant's Objections to the Magistrate Judge's Order Pursuant to Fed R. Civ. P. 72(a). | | | |
| Defendant Nike, Inc.'s Objections to the Magistrate Judge's Findings & Recommendation dated October 11, 2023 (ECF No. 363) Pursuant to Fed R. Civ. P. 72(a). | 10/25/2023 | 376 | 63 |
| Reply in Support of Renewed Motion of Non-Party Media Organizations Insider, Inc. *d/b/a Business Insider*, Advance Local Media LLC *d/b/a Oregonian Media Group*, and American City Business Journals, Inc. *d/b/a/ Portland Business Journal* to Unseal Judicial Records. | 09/06/2023 | 346 | 91 |
| Defendant Nike, Inc.'s Opposition to Renewed Motion of Non-Party Media Organizations Insider Inc. *d/b/a Business Insider*, Advance Local Media LLC *d/b/a Oregonian Media Group*, and American City Business Journals, Inc. *d/b/a Portland Business Journal* to Unseal Judicial Records. | 08/23/2023 | 345 | 107 |
| Renewed Motion of Non-Party Media Organizations Insider, Inc. *d/b/a Business Insider*, Advance Local Media LLC *d/b/a Oregonian Media Group*, and American City Business Journals, Inc. *d/b/a/ Portland Business Journal* to Unseal Judicial Records. | 08/09/2023 | 343 | 126 |
| Parties' Joint Stipulation and [Proposed] Order Requesting an Extension to File a Status Report and Proposed Case | 06/14/2023 | 339 | 142 |

3

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| Management Schedule. | | | |
| Joint Status Report and Request for Stay. | 04/04/2023 | 337 | 147 |
| Order Adopting Magistrate Judge Jolie A. Russo's Findings and Recommendation of November 22, 2022. | 03/21/2023 | 335 | 150 |
| (Unsealed) Findings & Recommendation of Magistrate Judge Jolie A. Russo. | 11/22/2022 | 310 | 153 |
| Redacted Letter from Goldstein, Borgen, Dardarian & Ho to Magistrate Judge Jolie A. Russo. | 11/16/2022 | 290-4 | 210 |
| Declaration of Byron Goldstein in Support of Plaintiffs' Motion for Class Certification. Filed with Redactions. | 11/16/2022 | 288 | 247 |
| Redacted Version of Exhibits to Declaration of Mengfei Sun. | 11/16/2022 | 285-2 | 258 |
| Redacted Version of Exhibits to Declaration of Mengfei Sun. | 11/16/2022 | 285-1 | 260 |
| Redacted Version of Exhibits to Declaration of Mengfei Sun. | 11/16/2022 | 284-8 | 262 |
| Redacted Version of Exhibits to Declaration of Mengfei Sun. | 11/16/2022 | 284-7 | 268 |
| Redacted Version of Exhibits to Declaration of Mengfei Sun. | 11/16/2022 | 284-6 | 272 |
| Order Adopting Magistrate Judge Jolie A. Russo's Findings and Recommendation of September 30, 2022. | 11/15/2022 | 275 | 275 |
| U.S. Magistrate Judge's Findings and Recommendation. | 9/30/2022 | 273 | 277 |
| Motion of Non-Party Media Organizations Insider, Inc. *d/b/a Business Insider*, Advance Local Media LLC *d/b/a Oregonian Media* | 04/08/2022 | 205 | 292 |

4

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| *Group*, and American City Business Journals, Inc. *d/b/a/ Portland Business Journal* to Intervene for the Limited Purpose of Moving to Unseal Judicial Records and to Oppose Defendant's Motion to Seal. | | | |

## VOLUME 3

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| Declaration of Daniel Prince. | 03/15/2022 | 172 | 311 |
| Defendant Nike, Inc.'s Motion to Seal. | 03/15/2022 | 171 | 314 |
| Class and Collective Action Allegation Complaint. Federal Pay Act; Oregon Equal Pay Act; Oregon Equality Act. | 08/09/2018 | 1 | 331 |
| Defendant Nike, Inc.'s Notice of Appeal Re: The District Court's January 5, 2024 Order Adopting the Magistrate Judge's Findings & Recommendation (ECF No. 403). | 01/09/2024 | 406 | 378 |
| Docket for United States District Court for the District of Oregon, Case No. 3:18-cv-01477-JR. | | | 387 |

## VOLUME 4

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| Plaintiffs' Opposition to Nike's Objections to the Magistrate Judge's Findings and Recommendation. Filed Under Seal. | 11/08/2023 | 382 | 456 |

5

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| Un-redacted version of Letter from Goldstein, Borgen, Dardarian & Ho to Magistrate Judge Jolie A. Russo. | 1/10/2022 | 165-4 | 466 |
| Unredacted version of Declaration of Byron Goldstein in Support of Plaintiffs' Motion for Class Certification. | 1/10/2022 | 163 | 503 |
| Unredacted version of Redacted Version of Exhibits to Declaration of Mengfei Sun. | 1/10/2022 | 160-2 | 514 |
| Unredacted version of Redacted Version of Exhibits to Declaration of Mengfei Sun. | 1/10/2022 | 160-1 | 516 |
| Unredacted version of Redacted Version of Exhibits to Declaration of Mengfei Sun. | 1/10/2022 | 159-8 | 518 |
| Unredacted version of Redacted Version of Exhibits to Declaration of Mengfei Sun. | 1/10/2022 | 159-7 | 524 |
| Unredacted version of Redacted Version of Exhibits to Declaration of Mengfei Sun. | 1/10/2022 | 159-6 | 528 |