No. 24-165

_____

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

KELLY CAHILL, ET AL.,

*Plaintiffs-Appellees*,

and

NON-PARTY MEDIA ORGANIZATIONS INSIDER INC.,
D/B/A BUSINESS INSIDER, ET AL.,

*Media Intervenors-Appellees,*

v.

NIKE, INC.,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the District of Oregon
Case No. 3:18-cv-01477-JR
Hon. Marco A. Hernández

_____

**ADVANCE LOCAL MEDIA LLC D/B/A OREGONIAN MEDIA GROUP'S
MOTION FOR LIMITED APPEARANCE**

_____

Edwin A. Harnden, OSB No. 721129
Bruce T. Garrett, OSB No. 213430
BARRAN LIEBMAN LLP
601 SW Second Avenue, Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212

*Attorneys for Advance Local Media LLC,
d/b/a Oregonian Media Group*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1(a), the undersigned, on behalf of Media Intervenor-Appellee Advance Local Media LLC, d/b/a Oregonian Media Group makes the following disclosures related to its corporate identity. Advance Local Media LLC, d/b/a Oregonian Media Group states it has no parent corporations and no publicly held corporations owns 10 percent or more of its stock.

    BARRAN LIEBMAN LLP

    By *s/Edwin A. Harnden*
    Edwin A. Harnden, OSB No. 721129
    Bruce T. Garrett, OSB No. 213430

    *Attorneys for Advance Local Media LLC, d/b/a Oregonian Media Group*

Edwin A. Harnden and Bruce T. Garrett appear on behalf of Media Intervenor-Appellee Advance Local Media, LLC d/b/a Oregonian Media Group for the limited purpose of responding to Defendant-Appellant Nike, Inc.'s Motion for Contempt Sanctions (Dkt. Entry 33.1).

RESPECTFULLY SUBMITTED this 3rd day of May, 2024.

BARRAN LIEBMAN LLP

By *s/Edwin A. Harnden*
Edwin A. Harnden, OSB No. 721129
Bruce T. Garrett, OSB No. 213430

*Attorneys for Advance Local Media LLC, d/b/a Oregonian Media Group*

## CERTIFICATE OF COMPLIANCE

## PURSUANT TO FED. R. APP. P. 27(d)(2)(A)

The undersigned certifies that this response complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this response contains 38 words, excluding the parts of the response exempted by Fed. R. App. P. 32(f).

The undersigned further certifies that this response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the response has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point font, Times New Roman.

BARRAN LIEBMAN LLP

By *s/Edwin A. Harnden*
Edwin A. Harnden, OSB No. 721129
Bruce T. Garrett, OSB No. 213430

*Attorneys for Advance Local Media LLC, d/b/a Oregonian Media Group*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on May 3, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that service on all parties represented by counsel who are registered CM/ECF users will be accomplished by the appellate CM/ECF system.

DATED this 3rd day of May, 2024.

                                              BARRAN LIEBMAN LLP

                                              By *s/Edwin A. Harnden*
                                              Edwin A. Harnden, OSB No. 721129
                                              Bruce T. Garrett, OSB No. 213430

                                              *Attorneys for Advance Local Media LLC, d/b/a Oregonian Media Group*