FILED

JUN 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

KELLY CAHILL, et al.;

        Plaintiffs - Appellees,

and

TRACEE CHENG, et al.;

        Plaintiffs,

 v.

INSIDER INC., et al.;

        Intervenors - Appellees,

NIKE, INC., an Oregon Corporation,

        Defendant - Appellant.

No. 24-165

D.C. No.
3:18-cv-01477-JR
District of Oregon,
Portland

ORDER

      Appellant's motion to file under seal Volume 4 of the excerpts of record (Docket Entry No. 25), plaintiffs-appellees' notice of intent to unseal the answering brief and Volume 2 of the supplemental excerpts of record (Docket Entry No. 31), and appellant's motion to maintain plaintiffs-appellees' answering brief and Volume 2 under seal (Docket Entry No. 47), are referred to the panel assigned to decide the merits of this appeal.

      Appellant's motion to conditionally seal the disposition (Docket Entry No. 48) is also referred to the merits panel. The motion for an extension of time to file

a response to appellant's motion to conditionally seal the disposition (Docket Entry No. 50) is granted.  For all appellees, any response to the motion to conditionally seal the disposition is due June 13, 2024.

The Clerk will file publicly the opening brief (Docket Entry No. 23), Volumes 1 through 3 of the excerpts of record (Docket Entry No. 24), intervenors-appellees' answering brief (Docket Entry No. 29), Volume 1 of intervenors-appellees' supplemental excerpts of record (Docket Entry No. 30), Volume 1 of plaintiffs-appellees' supplemental excerpts of record (Docket Entry No. 32), and the reply brief (Docket Entry No. 46).  The Clerk will also file publicly the motions to seal and supporting declaration (Docket Entry Nos. 25.1, 47.1, 47.2, 48), and the notice of intent to unseal (Docket Entry No. 31.1).

The Clerk will maintain under provisional seal Volume 4 of the excerpts of record at Docket Entry No. 26, plaintiffs-appellees' answering brief at Docket Entry No. 43, and Volume 2 of plaintiffs-appellees' supplemental excerpts of record at Docket Entry No. 44.

Appellant's motion for an extension of time to file the opening brief (Docket Entry No. 20) is denied as moot.

Briefing is complete.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT