UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KELLY CAHILL; et al., <br><br> Plaintiffs - Appellees, <br><br> and <br><br> TRACEE CHENG; et al., <br><br> Plaintiffs, <br><br> v. <br><br> INSIDER INC.; et al., <br><br> Intervenors - Appellees, <br><br> NIKE, INC., an Oregon Corporation, <br><br> Defendant - Appellant. | No. 24-165 <br><br> D.C. No. 3:18-cv-01477-JR <br><br> District of Oregon, Portland <br><br> MANDATE |

The judgment of this Court, entered March 18, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT